UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDUL MAJID,<br><br>                            Petitioner,<br><br>   v.<br><br>ANDREW COOPER, Warden, Federal Detention Center SeaTac,<br><br>                            Respondent. | Case No. C25-439-JHC<br><br>ORDER DISMISSING FEDERAL HABEAS ACTION |

The Court, having reviewed de novo Petitioner's amended petition for writ of habeas corpus under 28 U.S.C. § 2241, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1)   The Report and Recommendation, to which there was no objection, is approved and adopted.

(2)   Petitioner's amended petition for writ of habeas corpus (Dkt. 7) is DENIED, and this action is DISMISSED.

//

//

//

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to Judge Vaughan.

DATED this 15th day of July, 2025.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2